## CONSTRUCTION CO. v. DEVELOPMENT CORP.

No. 222 PC.

Case below: 29 N.C. App. 731.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

## CONTRACTING CO. v. ROWLAND

No. 229 PC.

Case below: 29 N.C. App. 722.

Petition by defendants Pearson and Northwestern Bank for discretionary review under G.S. 7A-31 denied 1 September 1976.

## DILLON v. FUNDING CORP.

No. 219 PC.

Case below: 29 N.C. App. 513.

Motion of defendants to dismiss appeal for lack of substantial constitutional question denied 1 September 1976.

## FOODS CORP. v. TUESDAY'S

No. 214 PC.

Case below: 29 N.C. App. 519.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

## GOLDSTON v. CONCRETE WORKS

No. 234 PC.

Case below: 29 N.C. App. 717.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976.